UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PARTS FINISHING GROUP, INC.,

      Plaintiff,

v.

INDUSTRIAL FINISHING SYSTEMS, INC.
and JAMES TOMA,

      Defendants.

_____/

Case No. 07-11044

Honorable Nancy G. Edmunds

**JUDGMENT**

The Court having reviewed the pleadings in this matter and being fully advised in the

premises;

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's motion for summary

judgment is hereby GRANTED, and the case is DISMISSED.

SO ORDERED.

      s/Nancy G. Edmunds
      Nancy G. Edmunds
      United States District Judge

Dated: October 14, 2008

I hereby certify that a copy of the foregoing document was served upon the parties and/or
counsel of record on October 14, 2008, by electronic and/or ordinary mail.

      s/Carol A. Hemeyer
      Case Manager